926 A.2d 424

**ST. JOSEPH'S MANOR, Appellee,**

**v.**

**COMMONWEALTH of Pennsylvania DEPARTMENT OF PUBLIC WELFARE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 24, 1995.

PER CURIAM.

Order Affirmed.

Justice MONTEMURO, who is sitting by designation, did not participate in the consideration or decision of this case.